Aaron J. Goldman and J. R. Rosefield, defendants in error, v. A. M. Friede and S. Kirschenbaum, plaintiffs in error. Gen. No. 37,304.

Opinion filed November 27, 1934.

Harry D. Koenig and Samuel W. Banovitz, for plaintiffs in error; Clyde C. Fisher, of counsel. No appearance for defendants in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Armanda Kammerer et al., appellees, v. Metropolitan Life Insurance Company, appellant. Gen. No. 37,339.

Opinion filed November 27, 1934. Rehearing denied December 10, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. Smith & Haddad, for appellees; George J. Haddad, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

One La Salle Street Building Corporation, appellee, v. The Florsheim Shoe Company, appellant. Gen. No. 37,350.

Opinion filed November 27, 1934.

Poppenhusen, Johnston, Thompson & Cole, for appellant; Edward R. Johnston and Henry G. O'Donnell, of counsel. Markheim & Allie, for appellee; A. R. Miller, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Mary Susanna Miller, appellant, v. John W. Sutherland, appellee. Gen. No. 37,388.

Opinion filed November 27, 1934. Rehearing denied December 10, 1934.

Hugh O'Neill and Hugh O'Neill, Jr., for appellant. Arthur H. Jones, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Alice Louise Kinney, appellee, v. City of Chicago et al., defendants. City of Chicago, appellant. Gen. No. 37,398.